TOMBOY GOLD MINES CO. v. BROWN et al.

(Circuit Court of Appeals, Eighth Circuit. March 23, 1896.)

No. 706.

APPEAL—DISMISSAL—SUIT TO ENJOIN TAX SALE.
The payment, whether voluntary or compulsory, of a tax, pending an appeal from a decree dismissing a bill to set aside the tax sale and enjoin the making of a tax deed, removes all grounds for the relief prayed, and requires a dismissal of the appeal.

Appeal from the Circuit Court of the United States for the District of Colorado.

E. T. Wells, M. F. Taylor, and John G. Taylor, for appellant.

H. M. Hogg, for appellees.

Before CALDWELL, SANBORN, and THAYER, Circuit Judges.

CALDWELL, Circuit Judge. The appellant, the Tomboy Gold Mines Company, filed its bill in equity in the court below against the appellees, I. E. Brown and John B. Frasher, as treasurer of San Miguel county, Colo., seeking the cancellation of certain tax certificates of sale issued by the treasurer of San Miguel county, Colo., for certain real property sold for taxes, belonging to the appellant's grantors, and praying that the assessment of the property upon which the tax sale rested, and the tax sale and certificate thereof, be annulled, and the treasurer of the county perpetually enjoined from issuing tax deeds to the holder of the tax certificates. In the lower court a demurrer to the bill was sustained, and the suit dismissed, and the complainant appealed. In this court a motion has been filed to dismiss the appeal upon the ground that the appellant has, since taking this appeal, paid the taxes, the collection of which the bill seeks to enjoin, and that the tax certificates of the sale of the property for the taxes have been canceled. These facts are fully established by affidavits, and are not disputed. The motion to dismiss must be sustained. It is well settled that the payment, whether voluntary or compulsory, of a tax, to prevent the payment of which a bill in equity has been filed, leaves no issue for the court of equity to pass upon. The equitable ground, whatever it may have been, for the relief prayed, ceased upon the payment of the tax. Little v. Bowers, 134 U. S. 547, 10 Sup. Ct. 620; Manufacturing Co. v. Wright, 141 U. S. 696, 12 Sup. Ct. 103. The motion to dismiss is sustained.